WAYNE W. CALL, Bar No. 56676
MARK L. EISENHUT, Bar No. 185039
MATTHEW R. ORR, Bar No. 211097
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
(949) 717-3000
wcall@calljensen.com
meisenhut@calljensen.com
morr@calljensen.com

JS-6

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER HAAGEN III, et al.,

Plaintiffs,

vs.

SAKS & COMPANY, et al.,

Defendants.

Case No.  CV 00-13251-JFW (Mcx)

**ORDER RE STIPULATION OF DISMISSAL**

Complaint Filed:   12/19/00
Trial Date:   None Set

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff ALEXANDER HAAGEN III, et al.'s ("Plaintiff") claims against Defendants SAKS & COMPANY, et al. ("Defendants") be dismissed with prejudice, and with each party bearing its own costs and fees.

Dated:  March 20, 2008

_____
Hon. John F. Walter
U.S. District Court Judge